Order entered December 12, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-12-00589-CV
_____

## GREYHOUND LINES, INC., Appellant

### V.

## ASHLEY REEDY, ET AL., Appellees

On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-09239

## ORDER

The Court has before it the parties' November 21, 2012 joint motion for partial dismissal of appeal. The Court **GRANTS** the motion in part, **ABATES** this appeal and **REFERS** the motion to the trial court so that the trial court may render a take-nothing judgment as to Ms. Reedy. The Court **ORDERS** the parties to provide the court with a copy of such judgment once it has been rendered.

_____
MOLLY FRANCIS
JUSTICE